**UNITED STATES** *versus* **MARTIN V. WITHINGTON.**

JOURNAL ENTRIES: (1) Jan. 9, 1834: indictment exhibited, motion for postponement granted, witnesses recognized, defendant remanded to prison; (2) Jan. 13, 1834: arraignment, plea of not guilty; (3) Jan. 14, 1834: plea of not guilty, motion for postponement granted; (4) Jan. 15, 1834: witnesses recognized, attendance of witnesses proved; (5) Jan. 18, 1834: witness called on recognizance; (6) June 3, 1834: rule to bring body, escape reported, witnesses recognized, attendance of witnesses proved.

PAPERS IN FILE (1833–34): (1) Subpoena; (2) indictment; (3) affidavit of James Q. Adams; (4) affidavit for continuance; (5) subpoena.

*File No. 98.*

**IN THE MATTER OF ANTOINE PELTIER, AN ABSENT WITNESS.**

JOURNAL ENTRIES: (1) Jan. 9, 1834: writ of attachment ordered issued; (2) June 4, 1834: contempt purged, respondent discharged.

PAPERS IN FILE (1834): (1) Writ of attachment and return.

*File No. . . . .*

**UNITED STATES** *versus* **MARTIN V. WITHINGTON.**

JOURNAL ENTRIES: (1) Jan. 9 [10], 1834: indictment exhibited, witnesses recognized; (2) Jan. 13, 1834: arraignment, plea of not guilty, remand to prison; (3) Jan. 14, 1834: plea of not guilty, motion for postponement granted provided defendant consent to taking of testimony of non-resident witnesses in writing; (4) Jan. 15, 1834: defendant brought before court, deposition of witness taken down in writing, witnesses recognized, attendance of witnesses proved; (5) June 3, 1834: rule to bring body, escape reported, witnesses recognized, attendance of witnesses proved.

PAPERS IN FILE (1833–34): (1) Record of preliminary hearing; (2) affidavit of Benjamin J. Mather; (3) subpoena; (4–6) recognizances of witnesses; (7) indictment; (8) deposition of William M. Bunker; (9) affidavit for continuance; (10) recognizance; (11) affidavit, petition, and precipe for habeas corpus; remand to prison; (12) subpoena; (13) writ of habeas corpus, allowance, return, remand to prison.

*File No. 99.*